UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Index No.: 11-CIV-3849
TRANSPORT WORKERS UNION, LOCAL 100,

Petitioner,

**ORDER & JUDGMENT**

- and -

INTERNATIONAL BROTHERHOOD OF TRADE
UNIONS, LOCAL 713,

Respondent.
-------------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/11

Petitioner, TRANSPORT WORKERS UNION, LOCAL 100, having duly moved this Court by Verified Petition dated the 7th day of June, 2011 for an Order and Judgment pursuant to the Labor Management Relations Act §301, 29 U.S.C. §185 confirming the Arbitration Award of Ralph S. Berger dated April 25, 2011, against respondent INTERNATIONAL BROTHERHOOD OF TRADE UNIONS, LOCAL 713, a copy of the Verified Petition having been personally served on the respondent on June 8, 2011 by personal service upon Bob Scalza, an administrator with the authority to accept service on behalf of respondent, at the office of respondent, and a proof of service having been filed on June 13, 2011;

NOW, upon reading and filing of the Verified Petition, with exhibits, verified on the 6th day of June, 2011, and the Award of the Arbitrator in the arbitration proceeding between the Petitioner and the Respondent dated the 25th day of April, 2011, in support thereof, after due deliberation having been held thereon;

NOW, upon motion of COLLERAN, O'HARA & MILLS L.L.P., 1225 Franklin Ave, Garden City, New York 11530, attorneys for Petitioner, it is hereby,

ORDERED, that the application for an Order pursuant to 29 U.S.C. §185 confirming the Award of the Arbitrator dated April 25, 2011 is granted and said Award is

confirmed; and it is further

ORDERED, ADJUDGED AND DECREED: That the Petitioner shall also have judgment against Respondent for the monetary sum of Eight-Hundred Dollars ($800.00).

Dated: New York, New York

November 17, 2011

U.S.D.J.

MIRIAM GOLDMAN CEDARBAUM

This document was entered on the docket on _____.